**Henry C. TAYLOR, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7478.

Circuit Court of Appeals, Sixth Circuit.

March 17, 1938.

Thos. O. Marlar, of Toledo, Ohio, for petitioner.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that, treating petitioner's claims as claims for deductions from gross income because of "losses," the petitioner has failed to carry the burden of proof that he sustained the losses or any portion thereof during the taxable years involved; and further, that treating the claims for deductions as "bad debts," the petitioner has likewise failed to sustain the burden of proof that such claims or any portion thereof were ascertained to be worthless and were charged off within the taxable years involved, it is therefore ordered and adjudged that the decision of the Board of Tax Appeals be, and the same is in all things, affirmed.

■

**Wade F. TUNNELL v. UNITED STATES of America.**

No. 1665.

Circuit Court of Appeals, Tenth Circuit.

Judd L. Black, of Oklahoma City, Okl., for appellant.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant at appellant's costs.

■

**In the Matter of Malcolm S. ULRICH, Bankrupt-Appellant, Bridget Tuite, Creditor-Appellee.**

No. 223.

Circuit Court of Appeals, Second Circuit.

March 21, 1938.

David Tepp, of White Plains, N. Y., for bankrupt-appellant.

Stephen R. J. Roach, of White Plains, N. Y., for appellee.

Before MANTON, L. HAND and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order, 18 F.Supp. 919, affirmed.